# United States Bankruptcy Court
## Southern District of Ohio

In re **Ilya Bodner**                                                                  Case No.
                                      Debtor(s)                                        Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 3, 2011**           **/s/ Ilya Bodner**
                                       **Ilya Bodner**
                                       Signature of Debtor