B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Ilya Bodner**                                                                                    Case No.  **2:11-bk-50969**
                                                    Debtor(s)                                              Chapter   **7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Department of the Treasury** | **Describe Property Securing Debt:**<br>**House and Lot**<br>**Location: 2872 E. Broad St., Columbus OH 43209**<br>**Parcel ID# 020-002490**<br>**Franklin County**<br>**Debtor's Residence** |

Property will be (check one):
   ■ Surrendered                             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                       ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank** | **Describe Property Securing Debt:**<br>**House and Lot**<br>**Location: 2872 E. Broad St., Columbus OH 43209**<br>**Parcel ID# 020-002490**<br>**Franklin County**<br>**Debtor's Residence** |

Property will be (check one):
   ■ Surrendered                             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                       ☐ Not claimed as exempt

B8 (Form 8) (12/08)  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Guernsey Bank** | **Describe Property Securing Debt:**<br>**House and Lot**<br>**Location: 2872 E. Broad St., Columbus OH 43209**<br>**Parcel ID# 020-002490**<br>**Franklin County**<br>**Debtor's Residence** |

Property will be (check one):
   ■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        □ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Guernsey Savings Bank** | **Describe Property Securing Debt:**<br>**House and Lot**<br>**Location: 2872 E. Broad St., Columbus OH 43209**<br>**Parcel ID# 020-002490**<br>**Franklin County**<br>**Debtor's Residence** |

Property will be (check one):
   ■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        □ Not claimed as exempt

B8 (Form 8) (12/08)     Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Nissan Motor Acceptance** | **Describe Property Securing Debt:**<br>**Lease of 2006 Nissan Z350**<br>**(See Schedules "D" & "G")** |

Property will be (check one):
   ■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **February 8, 2011**          Signature    **/s/ Ilya Bodner**
                                                                                         **Ilya Bodner**
                                                                                         Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Ilya Bodner | : | Case No. 11-50969 |
| | : | Judge HOFFMAN |
| Debtor(s) | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Statement of Intent was sent by regular U.S. mail or Electronic Notification on this 8th day of February, 2011 to the following:

William Todd Drown, Chapter 7 Trustee
wtdddrown@aol.com
*(Electronic Service)*

Office of U.S. Trustee
Ustpregion09.cb.ecf@usdoj.gov
*(Electronic Service)*

The following parties were served by Regular U.S. Mail:

Brett Sheraw
Fisher, Skrobot Sheraw LLC
471 E. Broad Street, Suite 1810
Columbus OH 43215-0000

First Community Bank
4300 E. Broad St.
Columbus OH 43213-0000

Department of the Treasury
Internal Revenue Service
P.O Box 7346
Philadelphia PA 19101-7346

Guernsey Bank
547 High St.
Columbus OH 43085-0000

McFadden, Winter & Savage
175 S. Third St., Suite 350
Columbus OH 43215-5134

Guernsey Savings Bank
845 Wheeling Ave.
Cambridge OH 43725-2316

Nissan Motor Acceptance
Customer Dispute
P.O. Box 660360
Dallas TX 75266-0360

2/8/2011
Date

/s/ Thomas M. Fesenmyer
Thomas M. Fesenmyer (0073901)
Attorney for Debtor(s)
610 S. Third St.
Columbus, OH 43206
614.228.4435
614.228.3882 *facsimile*
*email: fesenmyer_law@hotmail.com*